# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ANNA GRZYWNOWICZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL PERFECT TRADING )<br>CORP., CARGO PRESTIGE and )<br>RADOSLAW K. KONDER, )<br>)<br>Defendants. ) | Case No. 15 C 5888 |

## **MEMORANDUM ORDER**

After the lawyer who had filed this Carmack Amendment lawsuit on behalf of Anna Grzywnowicz ("Grzywnowicz") moved to withdraw as her counsel less than 10 days after that filing, this Court afforded Grzywnowicz a substantial period of time within which she could obtain a new lawyer (see this Court's November 9, 2015 memorandum order). When she was unsuccessful in that effort and decided to go forward pro se, this Court set a next status hearing date of January 20, 2016. In the meantime Grzywnowicz, aware that her former counsel had not yet served any of the defendants, has filed a handwritten "Motion To Serve Defendants" ("Motion"), and this memorandum order addresses that Motion.

Fed. R. Civ. P. ("Rule") 4(m), which formerly called for service of process within 120 days after the filing of a complaint absent a showing that the delay in service was based on good cause, has been amended effective December 1, 2015 to reduce that time frame to 90 days. But in this Circuit as elsewhere the District Court's decision as to whether that Rule-specified period for service should be extended is left to its discretion (see United States v. Ligas, 549 F.3d 497,

501 (7th Cir. 2008), reconfirmed in Cardenas v. City of Chicago, 646 F.3d 1001, 1005 (7th Cir. 2011)).

Under the circumstances here this Court sees no problem with exercising that discretion in Grzywnowicz's favor, and the Motion is granted by extending the time for such service to March 18, 2016. In the meantime no good reason appears to hold the January 20 status hearing, and this Court (1) resets that hearing to 9 a.m. March 24, 2016 and (2) has instructed its courtroom deputy to telephone Grzywnowicz to apprise her of the issuance of this memorandum order.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 15, 2016