# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **ANNA GRZYWNOWICZ**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 5888 |
| ) | |
| **INTERNATIONAL PERFECT TRADING** ) | |
| **CORP.**, **CARGO PRESTIGE** and ) | |
| **RADOSLAW K. KONDER**, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

Less than a month after this action was filed in early July 2015 on behalf of plaintiff Anna Grzywnowicz ("Grzywnowicz"), her counsel moved to withdraw as her attorney, and that motion was granted in early August 2015. Since then Grzywnowicz has made frequent representations that she is seeking counsel, but in the meantime she has been trying to proceed on a pro se basis.

That situation has led to multiple extensions of time with no real progress having been made in the case (meanwhile the corporate co-defendant, International Perfect Trading Corp., has filed for bankruptcy). Most recently, on July 26, 2016 this Court set a deadline for Grzywnowicz to obtain counsel in time for him or her to appear at the next status hearing, scheduled to be held at 9 a.m. this morning August 26, failing which the action would be dismissed for want of prosecution.

Grzywnowicz failed to appear, either personally or through counsel, on this morning's status hearing date, and defense counsel (who was present in court this morning, as always)

reported that he had received no communications from Grzywnowicz in the interim. Efforts by this Court's courtroom deputy to reach Grzywnowicz by telephone were unsuccessful. Accordingly, as forecast in the July 26, 2016 minute entry, both the Complaint and this action are dismissed for want of prosecution.[1]

 _____
 Milton I. Shadur
 Senior United States District Judge

Date: August 26, 2016

---

[1] Because this is a final order terminating this action, Fed. R. Civ. P. 59(e) sets a nonextendable 28-day time frame within which any motion to alter or amend this judgment must be filed.